# EXHIBIT 3

[redacted]

----- Forwarded Message -----
**From:** Ward, Adrienne M. <award@olshanlaw.com>

**To:** naveenseema95@yahoo.com <naveenseema95@yahoo.com>
**Cc:** Fleming, Thomas J. <tfleming@olshanlaw.com>
**Sent:** Friday, October 4, 2024 at 06:34:12 PM EDT
**Subject:** Personal and Confidential - Hallmark Financial Services, Inc.

Dear Mr. Anand:

This firm represents Hallmark Financial Services, Inc. (the “Hallmark”). Hallmark asks that you sign the attached tolling agreement. If you chose not to do so, it is prepared to commence legal proceedings against you in New York on October 15, 2024. A copy of the summons with notice it is prepared to file is also attached.

Hallmark believes that you breached your fiduciary duty while serving as its President and Chief Executive Officer. In June 2023, a final award was issued in the arbitration brought by DARAG Financial Bermuda Inc. and DARAG Insurance (Guernsey) Limited (collectively, “DARAG”) against Hallmark. In the Award, the arbitral panel concluded that Hallmark had wrongfully suppressed certain claim case reserves in 2018 and 2019 and made multiple misstatements regarding claims handling, reserving practices and actuarial review in the Confidential Information Memorandum (“CIM”) provided to DARAG. Hallmark believes that conduct was designed to evade internal control procedures and occurred with your knowledge and under your supervision and guidance. As CEO, you were primarily responsible for the CIM and DARAG transaction, which has had disastrous consequences for the Company.

Your failure to carry out your fiduciary duty to the Company has caused it many millions of dollars in damages, and the Company is prepared to litigate. The Company, however, is willing to defer filing a lawsuit if you will sign the attached tolling agreement.

As you are well aware, litigation is costly and acrimonious. Hallmark recognizes that your resources are likely limited compared to the damages it has suffered. If you sign the tolling agreement, Hallmark expects to engage in good-faith discussion, consistent with that premise.

Sincerely,

Adrienne M. Ward

**Adrienne M. Ward**

**O L S H A N**

**OLSHAN FROME WOLOSKY LLP**
**1325 Avenue of the Americas**
**(Entrance is on 53rd Street between Sixth and Seventh Avenues)**

New York, NY 10019
Direct: 212.451.2368
Facsimile: 212.451.2222
Email: AWard@olshanlaw.com
Web: www.olshanlaw.com

Electronic transmissions by the law firm of Olshan Frome Wolosky LLP may contain information that is confidential or proprietary, or protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited. If you have received this transmission in error, please notify Olshan Frome Wolosky LLP at once at 212.451.2300.

CONFIDENTIAL DRAFT –

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| HALLMARK FINANCIAL SERVICES, INC., Plaintiff, | Index No.:__________________ |
| -against- | **SUMMONS WITH NOTICE** |
| NAVEEN ANAND., Defendant. | Plaintiff designates New York County as the place of trial |
| | The basis of venue is CPLR § 503(a) |
| | Date Index No. Purchased: _________, 2024 |

**TO THE ABOVE-NAMED DEFENDANT:**

YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the Plaintiff at the address set forth below, and to do so within twenty (20) days after the service of this Summons with Notice (not counting the day of service itself), or within thirty (30) days after the service is complete, if the Summons is not personally delivered to you within the State of New York

YOU ARE HEREBY NOTIFIED THAT**,** should you failure to appear, judgment will be entered against you by default for the relief set forth in attached Notice.

Dated: New York, New York
October _, 2024

**OLSHAN FROME WOLOSKY LLP**

By: *[/s/ Adrienne M. Ward]*

Adrienne M. Ward
Thomas J. Fleming
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2302
E-mail: award@olshanlaw.com

*Attorneys for Plaintiff*

Defendant's address appears on the attached Notice.

**NOTICE**

To: Naveen Anand
c/o Cirrata Group
Ambac Financial Group
One World Trade Center
285 Fulton St 41st Floor
New York, NY 10007

**SUMMARY OF CLAIMS:** This is an action by plaintiff Hallmark Financial Services, Inc. (hereinafter, "Company") arising out of a scheme directed by defendant Naveen Anand ("Defendant") to fraudulently manipulate the Company's claims reserves for its commercial auto line.

In connection with the scheme, Defendant made multiple material misstatements, including to the Board of Directors (the "Board"), regarding the Company's claims handling and reserving practices. The scheme involved numerous "take downs" of claim files, which suppressed case reserves. The wholesale takedown of the claim files was designed to evade internal control procedures. Defendant misrepresented and concealed his role in the manipulation to Hallmark's Board, its outside auditors and to counsel hired to investigate the matter. Defendant's' implementation and fraudulent concealment of the takedown scheme from the Board was a breach of his fiduciary duties in that his actions involved intentional misconduct and/or fraud. Defendant's actions caused significant damages to the Company, currently estimated to exceed $100 million.

**RELIEF SOUGHT:** The Company seeks compensatory, punitive, and consequential damages, in an amount to be determined at trial, and attorneys' fees, costs, and expenses.

**VENUE:** Olshan hereby designates New York County as the place of trial on the basis that Defendant is located in this county.