# EXHIBIT 4

ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

October 8, 2024

By E-mail:

Thomas J. Fleming, Esq.
Adrienne M. Ward, Esq.
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Telephone: (212) 451-2300
Facsimile: (212) 451-2222
E-mail: tfleming@olshanlaw.com
award@olshanlaw.com

Re: Naveen Anand's Demand for Indemnification and Advancement

Dear Counsel,

We represent Naveen Anand and are in receipt of your e-mail dated October 4, 2024 to Mr. Anand on behalf of Hallmark Financial Services, Inc. ("Hallmark"). The October 4 e-mail stated that Hallmark is "prepared to commence legal proceedings" against Mr. Anand in New York on October 15, 2024 (the "Action"), and attached a copy of the summons with notice Hallmark intends to file.

We write to demand indemnification and advancement of Mr. Anand's fees and costs pursuant to the Indemnification Agreement, dated September 8, 2014, entered by Hallmark and Mr. Anand (the "Indemnification Agreement"); Article VII of Hallmark's Amended and Restated Bylaws, effective March 24, 2017 and January 9, 2022; and Sections 78.7502 and 78.751 of the Nevada Revised Statutes (together, the "Indemnification and Advancement Provisions," attached hereto as Exhibits A-D).

The Indemnification and Advancement Provisions provide that Mr. Anand is entitled to indemnification and advancement for his legal fees and costs in connection with the Action, including any such fees and costs incurred in connection with Hallmark threatening to commence the Action. Accordingly, Mr. Anand hereby demands advancement of his legal fees and costs pending a final disposition of the claims in the Action in accordance with the terms of the Indemnification and Advancement Provisions. In connection therewith, Mr. Anand is providing the enclosed written affirmation and undertaking.

Please advise by October 11, 2024 whether your client intends to honor its advancement obligations. Absent your commitment to advance Mr. Anand's fees and costs, we will have no choice but to commence a proceeding to enforce his rights under the Indemnification and Advancement Provisions and to recover fees-on-fees in connection with such proceeding.

Mr. Anand expressly reserves all rights, including without limitation, the right to seek all fees and costs to which he may be entitled under the Indemnification and Advancement Provisions, or any other relevant agreement, law or rule.

Sincerely,



E. Scott Schirick

CC (by mail):

Hallmark Financial Services, Inc.
Two Lincoln Centre
5420 Lyndon B. Johnson Freeway
Suite 1100
Dallas, TX 75240-2345
Attn: Board of Directors

ENCLOSURES

**AFFIRMATION**

I, Naveen Anand, affirm, pursuant to the Indemnification Agreement dated September 8, 2014, entered by Naveen Anand and Hallmark Financial Services, Inc. ("Hallmark"), Article VII of Hallmark's Amended and Restated Bylaws, effective March 24, 2017 and January 9, 2022, and Sections 78.7502 and 78.751 of the Nevada Revised Statutes (together, the "Indemnification and Advancement Provisions"), that it is my good faith belief that I have met the standard of conduct necessary for indemnification under the Indemnification and Advancement Provisions.

In addition, if and to the extent required by applicable law and/or the Indemnification and Advancement Provisions, I undertake to reimburse Hallmark for all advances of expenses made to me under the Indemnification and Advancement Provisions in connection with the action Hallmark intends to commence against me in New York, as described in the email I received from Hallmark's counsel on October 4, 2024, in the event that, and only to the extent that, it is determined by a court of competent jurisdiction that indemnification for such expenses is not permitted by law or authorized by the Indemnification and Advancement Provisions.

Dated: October 8, 2024

Naveen Anand (Oct 8, 2024 11:04 CDT)

Naveen Anand