# EXHIBIT 5

ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

November 1, 2024

*Via E-mail*

Thomas J. Fleming, Esq.
Adrienne M. Ward, Esq.
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
E-mail: tfleming@olshanlaw.com
award@olshanlaw.com

**Re: Naveen Anand – Second Demand for Advancement**

Counsel,

We represent Naveen Anand and are following up on our Demand for Indemnification and Advancement dated October 8, 2024 (the "October 8 Demand").

As you know, Mr. Anand has incurred attorneys' fees in connection with responding to threatened litigation by Hallmark Financial Services, Inc. ("Hallmark"), where he formerly served as President and CEO (the "Action").[1] The fees Mr. Anand has incurred to date are reflected in the invoice attached hereto as Exhibit A. The invoice has been redacted to avoid the disclosure of information that is protected by the attorney-client privilege and/or work product doctrine.

We write to reiterate Mr. Anand's demand for advancement of his fees and costs pursuant to the Indemnification Agreement, dated September 8, 2014, entered by Hallmark and Mr. Anand (the "Indemnification Agreement"); Article VII of Hallmark's Amended and Restated Bylaws, effective March 24, 2017 and January 9, 2022; and Sections 78.7502 and 78.751 of the Nevada Revised Statutes (together, the "Indemnification and Advancement Provisions," attached to the October 8 Demand as Exhibits A-D).

The Indemnification and Advancement Provisions entitle Mr. Anand to indemnification and advancement of his legal fees and costs in connection with the Action, including any such fees and costs incurred in connection with Hallmark threatening to commence the Action.

[1] The nature of the Action is described in the Draft Summons With Notice that was attached to your October 4, 2024 email.

Moreover, the Bylaws explicitly require Hallmark to pay Mr. Anand's fees and costs "as they are incurred":

> Section 2. Expense Advances. The expenses of officers and directors of the Corporation incurred in defending a civil or criminal action, suit or proceeding shall be paid by the Corporation as they are incurred and in advance of the final disposition of the action, suit or proceeding, upon receipt of an undertaking by or on behalf of the director or officer to repay the amount if it is ultimately determined by a court of competent jurisdiction that he or she is not entitled to be indemnified by the Corporation. The provisions of this Section 2 do not affect any rights to advancement of expenses to which corporate personnel other than directors or officers may be entitled under any contract or otherwise by law.

The October 8 Demand included the required undertaking executed by Mr. Anand. The same undertaking is attached hereto. Accordingly, Mr. Anand hereby demands that Hallmark advance $60,270, representing the total attorneys' fees Mr. Anand has incurred through October 31, 2024, by no later than November 8, 2024. If Mr. Anand does not receive such a payment by November 8, we will assume that Hallmark has refused the demand, and does not intend to honor its advancement obligations. To the extent Hallmark requires payment instructions, please let us know and we will forward them to you.

Mr. Anand continues to reserve all rights, including without limitation, his rights under the Indemnification and Advancement Provisions, and to seek all fees and costs he incurs in connection with enforcing his rights.

Sincerely yours,

E. Scott Schirick

cc (via mail):

Hallmark Financial Services, Inc.
Two Lincoln Centre
5420 Lyndon B. Johnson Freeway
Suite 1100
Dallas, TX 75240-2345
Attn: Board of Directors

ENCLOSURES

# AFFIRMATION

I, Naveen Anand, affirm, pursuant to the Indemnification Agreement dated September 8, 2014, entered by Naveen Anand and Hallmark Financial Services, Inc. ("Hallmark"), Article VII of Hallmark's Amended and Restated Bylaws, effective March 24, 2017 and January 9, 2022, and Sections 78.7502 and 78.751 of the Nevada Revised Statutes (together, the "Indemnification and Advancement Provisions"), that it is my good faith belief that I have met the standard of conduct necessary for indemnification under the Indemnification and Advancement Provisions.

In addition, if and to the extent required by applicable law and/or the Indemnification and Advancement Provisions, I undertake to reimburse Hallmark for all advances of expenses made to me under the Indemnification and Advancement Provisions in connection with the action Hallmark intends to commence against me in New York, as described in the email I received from Hallmark's counsel on October 4, 2024, in the event that, and only to the extent that, it is determined by a court of competent jurisdiction that indemnification for such expenses is not permitted by law or authorized by the Indemnification and Advancement Provisions.

Naveen Anand (Oct 8, 2024 11:04 CDT)

Naveen Anand

**Exhibit A**

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

90 PARK AVENUE
NEW YORK, NY 10016-1387
212-210-9400
212-210-9444

www.alston.com

Tax ID: 58-0137615

Naveen Anand
15 Countryside Ln
Warren, NJ 07059

October 31, 2024
Client: 077160
Matter: 620790
Invoice #: 11575257
Scott Schirick

## INVOICE SUMMARY

Re: Hallmark Dispute

| | | |
|---|---|---|
| Services Billed: | 60,270.00 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **60,270.00** | **USD** |

Payment Due upon receipt of bill

| US Tax Address: | ELECTRONIC FUNDS TRANSFER INFORMATION |
|---|---|
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309-3424<br>F.E.I # 58-0137615<br>(404) 881-7000 | Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363<br>For the Account Of: Alston & Bird LLP<br>ROUTING: ACH: [redacted] WIRE: [redacted]<br>Account #: [redacted]<br>Swift Code: [redacted]<br>PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE<br><br>Remittance information can be e-mailed to ar@alston.com |

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO

P.O. Box 933124
Atlanta, GA 31193-3124

90 PARK AVENUE
NEW YORK, NY 10016-1387
212-210-9400
212-210-9444

www.alston.com

Tax ID: 58-0137615

Naveen Anand
15 Countryside Ln
Warren, NJ 07059

October 31, 2024
Client: 077160
Matter: 620790
Invoice #: 11575257
Scott Schirick

Re: Hallmark Dispute

**For Professional Services Rendered**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/06/2024 | Scott Schirick | 2.40 | Review background materials forwarded by client (.6); emails, call with A. Mendelsohn re analysis of indemnity agreement and related materials (.2); review/analyze indemnity agreement and bylaws (1.0); emails with client re [redacted] strategy (.6). |
| 10/06/2024 | Alan Mendelsohn | 0.20 | Confer with S. Schirick regarding advancement and indemnification analysis |
| 10/07/2024 | Scott Schirick | 1.10 | Emails with client re [redacted] (.7); coordinate with A. Mendelsohn re drafting advancement demand letter, attendant undertaking (.4). |
| 10/07/2024 | Alan Mendelsohn | 6.10 | Analyze indemnification agreement, bylaws and Nevada statutes related to indemnification and advancement (1.0); [redacted] (0.7); draft indemnification and advancement demand letter (1.1); conduct legal research related to [redacted] advancement rights [redacted] (2.9); confer with S. Schirick regarding advancement demand letter and undertaking (0.4) |
| 10/08/2024 | Scott Schirick | 0.60 | Review, revise draft advancement demand letter and undertaking (.3); emails with client [redacted] (.3). |
| 10/08/2024 | Alan Mendelsohn | 0.70 | Finalize and send demand letter for indemnification and advancement |
| 10/10/2024 | Scott Schirick | 0.30 | Emails with client re status, [redacted] (.3). |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/11/2024 | Scott Schirick | 2.20 | Call with Hallmark counsel re Hallmark's request for tolling agreement, status (.5); emails with client regarding [redacted] (.4); call with A. Mendelsohn re further analysis of indemnification agreement, advancement right and preparation for client call (.5); call with client re [redacted] (.8). |
| 10/11/2024 | Alan Mendelsohn | 2.40 | Call with S. Schirick to prepare for call with opposing counsel regarding tolling agreement (0.5); prepare for same (0.3); call with opposing counsel regarding tolling agreement (0.5); draft email to client [redacted] (0.3); call with S. Schirick and client [redacted] (0.8) |
| 10/12/2024 | Scott Schirick | 1.90 | Emails with client re [redacted] (.4); review, revise draft email [redacted] (.4); emails with Olshan re negotiation of tolling period, terms of potential tolling agreement, review/analyze updated draft tolling agreement (.3); multiple emails with client [redacted] (.8). |
| 10/13/2024 | Scott Schirick | 1.00 | Call with client re [redacted] (.7); follow up re same (.3). |
| 10/13/2024 | Alan Mendelsohn | 3.30 | Conduct legal research [redacted] (2.1); draft litigation hold memorandum (1.2) |
| 10/14/2024 | Scott Schirick | 0.70 | Review document hold notice to client, edit same (.2); emails with client [redacted] (.2); emails with Olshan re executed tolling agreement and request for Darag arbitration award (.3). |
| 10/14/2024 | Alan Mendelsohn | 6.70 | Analyze indemnification agreement and bylaws (1.1); conduct legal research related to advancement (2.7); draft memo to S. Schirick regarding advancement rights (2.9) |
| 10/14/2024 | Alan Mendelsohn | 2.30 | Conduct legal research [redacted] |
| 10/15/2024 | Scott Schirick | 1.00 | Review, analyze Darag arbitration award (0.3); confer with A. Mendelsohn re same (0.7). |
| 10/15/2024 | Alan Mendelsohn | 2.30 | Send memo to S. Schrick on advancement rights [redacted] (1.6); confer with S. Schirick regarding same (0.7) |
| 10/17/2024 | Scott Schirick | 0.60 | Analyze Darag arbitration award and related strategy (.5); emails with Olshan to schedule follow up call (.1). |
| 10/18/2024 | Scott Schirick | 1.00 | Call with client [redacted] (.5); analysis of same and strategy (.5). |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/18/2024 | Alan Mendelsohn | 0.50 | Call with client [redacted] |
| 10/21/2024 | Scott Schirick | 0.50 | Emails with Olshan to schedule follow up call (.2); emails with client re [redacted] (.3). |
| 10/21/2024 | Alan Mendelsohn | 2.60 | Draft [redacted] advancement |
| 10/21/2024 | John Davey | 1.20 | Locate [redacted] for A. Mendelsohn. |
| 10/22/2024 | Alan Mendelsohn | 0.10 | Confer with S. Schirick regarding strategy in connection with call with Hallmark's counsel |
| 10/23/2024 | Scott Schirick | 1.00 | Emails from client re status, [redacted] (1.0). |
| 10/23/2024 | Alan Mendelsohn | 0.30 | Assess [redacted] advancement [redacted] |
| 10/24/2024 | Scott Schirick | 2.90 | Call with client re strategy, [redacted] (0.6); multiple calls re [redacted] (1.7); follow up with A. Mendelsohn re same (.2); emails with client re updates on same (.4). |
| 10/24/2024 | Alan Mendelsohn | 0.80 | Confer with S. Schirick [redacted] (0.2); call with client regarding same (0.6) |
| 10/25/2024 | Scott Schirick | 1.00 | Call, multiple emails [redacted] (.7); emails with client re same (.3). |
| 10/28/2024 | Scott Schirick | 0.30 | Emails with client re status, strategy (.3). |
| 10/29/2024 | Alan Mendelsohn | 1.20 | Draft letter to Hallmark following up on prior demand for advancement and attaching legal invoice (0.9); confirm that the demand complies with applicable requirements (0.3) |
| 10/30/2024 | Scott Schirick | 0.40 | Emails with client re status, strategy (.3); email from Olshan (.1). |
| 10/31/2024 | Scott Schirick | 2.40 | Emails with client re [redacted] (.2); call with Hallmark counsel re advancement and Hallmark objectives, potential settlement discussions (.5); confer with A. Mendelsohn in follow up to same (.3); review summary of Olshan call for client, edit same (.2); call and follow up emails with client re status, strategy and next steps (.7); additional follow up emails [redacted] (.5). |
| 10/31/2024 | Alan Mendelsohn | 1.70 | Call with Hallmark's counsel regarding claims and settlement demand (0.5); confer with S. Schirick regarding same (0.3); call with client regarding [redacted] (0.7); draft summary of call with Hallmark's counsel (0.2) |

**Summary of Services**

| Timekeeper | Hours | Rate | Amount (USD) |
|---|---|---|---|
| Scott Schirick | 21.30 | 1,200.00 | 25,560.00 |
| Alan Mendelsohn | 31.20 | 1,105.00 | 34,476.00 |
| John Davey | 1.20 | 195.00 | 234.00 |
| **Totals** | **53.70** | | **60,270.00** |

| | |
|---|---|
| **Services Billed:** | **60,270.00** |
| **Other Charges:** | **0.00** |
| **Invoice Total** | **60,270.00** |

ATLANTA
BRUSSELS
CENTURY CITY
CHARLOTTE
CHICAGO
DALLAS
LONDON
LOS ANGELES
NEW YORK
RALEIGH
SAN FRANCISCO
SILICON VALLEY
WASHINGTON, DC

# ALSTON & BIRD

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO**

**P.O. Box 933124**
**Atlanta, GA 31193-3124**

90 PARK AVENUE
NEW YORK, NY 10016-1387
212-210-9400
212-210-9444

www.alston.com

Tax ID: 58-0137615

Remittance Page

Naveen Anand
15 Countryside Ln
Warren, NJ 07059

October 31, 2024
Client: 077160
Matter: 620790
Invoice #: 11575257
Scott Schirick

## STATEMENT OF ACCOUNT

Re: Hallmark Dispute

| | | |
|---|---|---|
| Services Billed: | 60,270.00 | |
| Other Charges: | 0.00 | |
| **Invoice Total:** | **60,270.00** | **USD** |

Payment Due upon receipt of bill

| **US Tax Address:** | **ELECTRONIC FUNDS TRANSFER INFORMATION** |
|---|---|
| **Alston & Bird LLP**<br>**One Atlantic Center**<br>**1201 W. Peachtree Street**<br>**Atlanta, Georgia 30309-3424**<br>**F.E.I # 58-0137615**<br>**(404) 881-7000** | **Bank Address: Wells Fargo Bank N.A., 171 17th Street, 7th Floor, Atlanta, Georgia 30363**<br>**For the Account Of: Alston & Bird LLP**<br>**ROUTING:** [redacted] **WIRE:** [redacted]<br>**Account #:** [redacted]<br>**Swift Code:** [redacted]<br>**PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE**<br><br>**Remittance information can be e-mailed to ar@alston.com** |

Services or other charges, which either have not been received or processed, will appear on a later statement.