# EXHIBIT 6

O L S H A N

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: AWARD@OLSHANLAW.COM
DIRECT DIAL: 212.451.2368

November 7, 2024

E. Scott Schirick, Esq.
Alston & Bird
90 Park Avenue
New York, NY 10016

Re. Request for Advancement of Naveen Anand

Dear Scott:

We are counsel for Hallmark Financial Services, Inc. (the "Company") and we write to respond to the demand for advancement (the "Demand") made by Naveen Anand on October 8, 2024. In the Demand, Mr. Anand requests advancement under the Company's By-Laws, an Indemnification Agreement dated as of September 8, 2014, and Sections 78.7502 and 751 of the Nevada Revised Statutes.

The Company's Board of Directors met on October 23, 2024, to consider the Demand and determined that Mr. Anand is not entitled to advancement at this time. Among other things, the Board has reason to believe that the Indemnification Agreement, which was signed in early 2020, was obtained by Mr. Anand through fraudulent representations. Even if the Indemnification Agreement were valid and enforceable, the Board of Directors determined that Mr. Anand would not be entitled to discretionary advancement under the procedure stated in paragraph 8. All rights reserved.

Sincerely,

Adrienne M. Ward

cc: Thomas J. Fleming
Alan Mendelsohn